PUBLIC SERVICE CO-ORDINATED TRANSPORT, PROSECU-
TOR, v. HELEN NEMETH, ETC., ET AL., RESPONDENTS.

Submitted January term, 1931—Decided April 23, 1931.

Before Justices PARKER, CAMPBELL and BODINE.

For the prosecutor, *William H. Speer* and *Carl T. Freggens.*

For the respondent, (no appearances).

PER CURIAM.

This brings up for review a judgment in the small cause
court of Perth Amboy against the prosecutor in an action
where it was attempted to make service upon the corporation
by serving one of its drivers.

A special appearance was entered and the service attacked
and the jurisdiction of the court was drawn into question and
a motion made to dismiss the action and that motion denied.
The prosecutor-defendant thereafter took no part in the pro-
ceeding and judgment being rendered against it sued out
the present writ.

The plaintiff below does not contest.

Unquestionably the small cause court had no jurisdiction.
The prosecutors' principal office is in the city of Newark,
where there is a District Court and therefore under chapter
175 (*Pamph. L.* 1923, and chapter 211, *Pamph. L.* 1921) the
small cause court had no jurisdiction.

For these reasons the judgment under review is reversed,
with costs.